IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** § § § | |
| **Plaintiff,** § | **Case No:** |
| § | |
| vs. § | **PATENT CASE** |
| § | |
| **JIO INC.,** § | |
| § | |
| **Defendant.** § § | |

## COMPLAINT

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against Jio, Inc. ("Defendant" or "Jio") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with its principal office located at 30 N LaSalle St, #2630, Chicago, IL 60602. On information and belief, Defendant may be served through its agent, Paracorp Incorporated, 2140 S Dupont

Hwy, Camden, DE 19934.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., Jio asset tracking platform, Jiobit, Jiobit for Families, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides an asset tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://apps.apple.com/us/app/jiobit-for-families/id1221059964

Jiobit, the smallest and most lightweight location monitor for kids and pets, keeps parents in the know about their loved one's location.

With Jiobit you can:
Get accurate and real-time tracking at any distance - even across the world
Set-up geofences around trusted locations like home and school, and know when your child or pet arrives and leaves
Use the mobile geofence feature to alert you when your child or pet wanders too far
Know who your child is with when you invite caregivers to join your Care Team
Enjoy the best coverage with Jiobit's hybrid cellular network - powered by AT&T and T-Mobile

Source: https://apps.apple.com/us/app/jiobit-for-families/id1221059964

 

Source: https://www.jiobit.com/
Source: https://www.jiobit.com/

15. The Product software sends a request from a first (requesting) positional information device (e.g., mobile device or desktop with software installed) to a server. The request is for the real-time location (e.g., stored address) of an asset, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise). The request is sent to the Product server for transmitting the asset location. The server receives the at least one address from a second (sending) positional information device at the asset (e.g., family member). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> **Understanding Your Location Data**
>
> Jiobit's patented Progressive Beaconing technology uses a combination of Bluetooth, Wi-Fi, Cellular, and GPS to ensure the device is always connected.
>
> **How your Jiobit connects and reports location data**
>
> **YOUR PHONE, OR CARE TEAM MEMBER'S PHONE**
>
> When the Jiobit is within Bluetooth range of your phone, or a Care Team member's phone, it will automatically connect to that phone. The location data shared within the app is the location of that phone.

Source: https://support.jiobit.com/hc/en-us/articles/1500012228881-Understanding-Your-Location-Data

> Real-time updates on where they are. From anywhere you are. Use Live Mode from anywhere because of the dedicated GPS and cellular capabilities built into the Jiobit device.

Source: https://www.jiobit.com/personal-safety

> - **TRACKING MODE**
>   The Jiobit will use GPS, Wi-Fi, and/or cellular networks to provide location updates when outside of a Trusted Place and away from you or the Care Team.
> - **LIVE MODE**
>   Click the sun icon or pull down the card to switch to Live Mode for real-time tracking.
> - **REFRESH**
>   When Jiobit is in the "Tracking" mode, you can request a location update. However, after each request, there is a 90-second timeout.
> - **LOCATION ACCURACY CIRCLE**
>   Click the icon or pull down the card to switch to Live Mode for real-time tracking.

Source: https://support.jiobit.com/hc/en-us/articles/360060316053-App-Overview-and-User-Interface

> After signing up for your Jiobit account, you'll need to connect to your Jiobit using Bluetooth Smart / Low Energy. You'll do this by first placing your Jiobit into its charging dock. Push down until you hear it click and then following the prompts on the screen.

Source: https://support.jiobit.com/hc/en-us/articles/1500000019962-Pairing-Your-Device

16. The at least one address is received from the server at the requesting positional information device. For example the Product's server transmits the position of an asset (at least one address) to the requesting positional information device. Certain aspects of this element are

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JIO, INC. | 5

illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Understanding Your Location Data**

Jiobit's patented Progressive Beaconing technology uses a combination of Bluetooth, Wi-Fi, Cellular, and GPS to ensure the device is always connected.

**How your Jiobit connects and reports location data**

**YOUR PHONE, OR CARE TEAM MEMBER'S PHONE**

When the Jiobit is within Bluetooth range of your phone, or a Care Team member's phone, it will automatically connect to that phone. The location data shared within the app is the location of that phone.

Source: https://support.jiobit.com/hc/en-us/articles/1500012228881-Understanding-Your-Location-Data

Real-time updates on where they are. From anywhere you are. Use Live Mode from anywhere because of the dedicated GPS and cellular capabilities built into the Jiobit device.

Source: https://www.jiobit.com/personal-safety

 

Source: https://www.jiobit.com/
Source: https://www.jiobit.com/

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the requesting positional information device requests (from the server) the asset's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number or credentials (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number or asset credentials (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the asset. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with

other allegations herein.



Source: https://apps.apple.com/us/app/jiobit-for-families/id1221059964

Jiobit, the smallest and most lightweight location monitor for kids and pets, keeps parents in the know about their loved one's location.

With Jiobit you can:
Get accurate and real-time tracking at any distance - even across the world
Set-up geofences around trusted locations like home and school, and know when your child or pet arrives and leaves
Use the mobile geofence feature to alert you when your child or pet wanders too far
Know who your child is with when you invite caregivers to join your Care Team
Enjoy the best coverage with Jiobit's hybrid cellular network - powered by AT&T and T-Mobile

Source: https://apps.apple.com/us/app/jiobit-for-families/id1221059964

> **Understanding Your Location Data**
>
> Jiobit's patented Progressive Beaconing technology uses a combination of Bluetooth, Wi-Fi, Cellular, and GPS to ensure the device is always connected.
>
> **How your Jiobit connects and reports location data**
>
> **YOUR PHONE, OR CARE TEAM MEMBER'S PHONE**
>
> When the Jiobit is within Bluetooth range of your phone, or a Care Team member's phone, it will automatically connect to that phone. The location data shared within the app is the location of that phone.

Source: https://support.jiobit.com/hc/en-us/articles/1500012228881-Understanding-Your-Location-Data

> After signing up for your Jiobit account, you'll need to connect to your Jiobit using Bluetooth Smart / Low Energy. You'll do this by first placing your Jiobit into its charging dock. Push down until you hear it click and then following the prompts on the screen.

Source: https://support.jiobit.com/hc/en-us/articles/1500000019962-Pairing-Your-Device

> Real-time updates on where they are. From anywhere you are. Use Live Mode from anywhere because of the dedicated GPS and cellular capabilities built into the Jiobit device.

Source: https://www.jiobit.com/personal-safety




Source: https://apps.apple.com/us/app/jiobit-for-families/id1221059964
Source: https://www.jiobit.com/

18. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20. Plaintiff is in compliance with 35 U.S.C. § 287.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees,

attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

 (c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

 (d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

 (e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 30, 2021.  Respectfully submitted,

*/s/April B. Senter, Esq.*
April Senter, 6313947
Senter Legal Services, Ltd.
19624 Governors Hwy
Flossmoor, Illinois 60422
708-586-7505
april@senterlegal.com

**ATTORNEYS FOR PLAINTIFF**
