IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § § |
| Plaintiff, | § Case No: 1:21-cv-04623 |
| vs. | § PATENT CASE |
| JIO INC., | § § § |
| Defendant. | § § § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Jio, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: March 11, 2022. | Respectfully submitted, |

*/s/Jay Johnson*
**JAY JOHNSON** (*Admitted PHV*)
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**April Senter**
Senter Legal Services, Ltd.
19624 Governors Hwy
Flossmoor, Illinois 60422
708-586-7505
april@senterlegal.com

*ATTORNEYS FOR PLAINTIFF*

**FISH & RICHARDSON P.C.**

By: */s/Robert D. Leighton*
Neil J. McNabnay
Ricardo J. Bonilla ( *pro hac vice* to be filed)
Noel Chakkalakal ( *pro hac vice* to be filed)
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

Robert D. Leighton
GOLDBERG KOHN, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312-201-4000
Robert.Leighton@goldbergkohn.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically on March 11, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                          */s/Jay Johnson*
                                          **JAY JOHNSON**